**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6685**

———————

DEMETRIOUS ERIC BROWN, a/k/a Denrick Eric
Brown, a/k/a Demmrick Eric Brown,

                                          Plaintiff - Appellant,

    versus

RONALD J. ANGELONE, Director; GENE M. JOHNSON,
Deputy; REFUS FLEMING, Regional Director;
DAVID GARRAGHTY, Chief Warden; S. J. AVENT,
Administrative Assistant Warden; J. D. OATHS,
Medical Administrator for the Virginia
Department of Corrections; J. CAPPS, Human
Rights Advocate; CHARLES ALLEN, Unit Manager;
B. PHILLIPS, Medical Administrator for CMS;
ELLA KLUG, Regional Administrator for CMS;
BETH KENNEDY, Regional Manager for CMS; MIKE
PFEIFFER, Medical Operation Manager for CMS;
ANNETTE HOLMES, Medical Administrator of CMS;
K. HAMLIN, Head Nurse for CMS; D. SLOAN, LPN
for CMS; C. MANNING, LPN for CMS; ROY P.
HARRIS, Prison Guard, Lieutenant; VINCENT M.
GORE, Doctor for CMS; M. VERNON SMITH, Doctor,
Health Care Director; DOCTOR SWETHER; DOCTOR
SALIH; GLORIA SLOAN; ROY J. HARRISON,
Lieutenant; DOCTOR SWETTER,

                                   Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Chief
District Judge. (CA-01-144-AM)

———————

Submitted: August 29, 2002      Decided: September 5, 2002

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Demetrious Eric Brown, Appellant Pro Se.  John D. McChesny, RAWLS & NCNELIS, P.C., Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Demetrious Eric Brown appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny Brown's motion to appoint counsel, and affirm on the reasoning of the district court.  See Brown v. Angelone, No. CA-01-144-AM (E.D. Va., filed Mar. 28, 2002; entered Mar. 29, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2